IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARVIN VENENO,

    Plaintiff,

vs.                                                1:16 CV-01241 WJ/LF

BOARD OF COUNTY COMMISSIONERS FOR SAN
JUAN COUNTY, et al

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on April 19, 2017, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 48), filed on April 12, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order (Doc. 50), filed concurrently with this Order.

_____
Laura Fashing
United States Magistrate Judge