IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARVIN VENENO,

    Plaintiff,

    vs.                                      No. 1:16 CV-01241 WJ/LF

BOARD OF COUNTY COMMISSIONERS FOR SAN
JUAN COUNTY, a/k/a San Juan County and San Juan
County Detention Center,
SAN JUAN REGIONAL MEDICAL CENTER ("SJRMC"),
SUMMIT FOOD SERVICE, LLC,
YVONNE VALLES, RN, INDIVIDUALLY,
JANE DOE, RN OR LPN, INDIVIDUALLY,
THOR DAHL AND/OR JOHN DOE HEAD COOK, INDIVIDUALLY,
JACK DOE GUARD, INDIVIDUALLY,
MARK DOE GUARD, INDIVIDUALLY,

    Defendants.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
OF DEFENDANT YVONNE VALLES, RN**

    THIS MATTER having come before the Court on the Stipulated Motion for Dismissal with Prejudice of Plaintiff and Defendant Yvonne Valles, RN in Case No. 1:16-CV-01241 WJ/LF, the Court having reviewed the pleadings and being otherwise advised in the premises finds the Stipulated Motion is well taken.

    IT IS THEREFORE ORDERED:

1. All the claims that were or could have been brought against Defendant Valles in Case No. 1:16-CV-01241 WJ/LF are hereby dismissed with prejudice.

2. The Court record shall reflect that no settlement funds, or funds of any kind, were paid by or on behalf of Defendant Valles in order to effectuate dismissal of this matter.

3. Each party shall bear its own attorneys' fees and costs in connection with this dismissal.

**IT IS SO ORDERED.**

THE HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT COURT JUDGE