UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN VENENO,

    Plaintiff,

v.                                      No.  1:16-cv-01241WJ/LF

BOARD OF COUNTY COMMISSIONERS FOR SAN JUAN COUNTY, a/k/a
San Juan County and San Juan County Detention Center,
SAN JUAN REGIONAL MEDICAL CENTER ("SJRMC"),
SUMMIT FOOD SERVICE, LLC,
YVONNE VALLES, RN, INDIVIDUALLY,
JANE DOE, RN OR LPN, INDIVIDUALLY,
THOR DAHL, AND/OR JOHN DOE HEAD COOK, INDIVIDUALLY,
JACK DOE GUARD, INDIVIDUALLY,
MARK DOE GUARD, INDIVIDUALLY,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff MARVIN VENENO, by and through his counsel of record, Holland, Holland Edwards & Grossman and Tucker, Hatfield & Burns and defendants, BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAN JUAN a/k/a SAN JUAN COUNTY and SAN JUAN COUNTY DETENTION CENTER, JACK DOE Guard, Individually and MARK DOE Guard, Individually, only, by and through their counsel of record, CHILDRESS LAW FIRM, LLC and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of any and all claims contained in Plaintiff's Complaint against Defendants Board of County Commissioners of the County of San Juan a/k/a San Juan County and San Juan County Detention Center, Jack Doe Guard, Individually and Mark Doe Guard,

Individually, only, including those claims brought or that could have been brought, with prejudice.  Each party is to bear its own attorney's fees and costs.

        Respectfully submitted,

        CHILDRESS LAW FIRM, LLC

        By: /S/ Ronald J. Childress
        RONALD J. CHILDRESS
        *Attorney for County Defendants*
        6000 Uptown Blvd. NE, Suite 305
        Albuquerque, NM  87110
        Telephone:  (505) 883-8555

        HOLLAND, HOLLAND EDWARDS & GROSSMAN

        /S/ John Holland 8/11/17
        JOHN HOLLAND
        ANNA HOLLAND EDWARDS
        *Attorneys for Plaintiff*
        1437 High Street
        Denver, CO 80218

        And

        GREGORY TUCKER
        MITCHELL S. BURNS
        Tucker, Hatfield & Burns
        *Attorneys for Plaintiff*
        105 N. Orchard Ave.
        Farmington, NM 87401
        (505) 325-7555

I CERTIFY that the foregoing was filed electronically with the U.S. District Court's CM/ECF Filing system on the 28th day of August, 2017, which caused the following to be served electronically:

| | |
|---|---|
| John R. Holland<br>Anna Holland Edwards<br>Erica T. Grossman<br>Daniel Weiss<br>Holland, Holland, Edwards & Grossman, PC<br>1437 High Street<br>Denver, Colorado  80218<br>*Attorneys for Plaintiff* | Gregroy M. Tucker<br>Mitchel S. Burns<br>Christian A. Hatfield<br>Tucker, Burns, Hatfield Law Firm<br>105 N. Orchard Ave.<br>Farmington, NM 87401<br>*Attorneys for Plaintiff* |
| Robert J. Mroz<br>Jacqueline Olexy<br>Madison, Mroz, Steinman & Dekleva, P.A.<br>PO Box 25467<br>Albuquerque, NM 87125<br>*Attorneys for Summit Food Service, LLC* | Robert J. Curtis<br>Ellen M. Kelly<br>Robert Curtis Law Office, PA<br>215 Central NW, Suite 200<br>Albuquerque, NM 87102<br>*Attorneys for San Juan Regional Medical Center* |

   /S/ Ronald J. Childress