UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARVIN VENENO,

      Plaintiff,

v.

                                          No.  1:16-cv-01241WJ/LF

BOARD OF COUNTY COMMISSIONERS FOR SAN JUAN COUNTY, a/k/a
San Juan County and San Juan County Detention Center,
SAN JUAN REGIONAL MEDICAL CENTER ("SJRMC"),
SUMMIT FOOD SERVICE, LLC,
YVONNE VALLES, RN, INDIVIDUALLY,
JANE DOE, RN OR LPN, INDIVIDUALLY,
THOR DAHL, AND/OR JOHN DOE HEAD COOK, INDIVIDUALLY,
JACK DOE GUARD, INDIVIDUALLY,
MARK DOE GUARD, INDIVIDUALLY,

      Defendants.

**STIPULATED ORDER OF DISMISSAL**

THIS MATTER, having come before the Court upon the motion of the parties for a

Stipulation of Dismissal of all claims or potential claims that have been brought or which could

have been brought by Plaintiff MARVIN VENENO, by and through his counsel of record,

Holland, Holland Edwards & Grossman and Tucker, Hatfield & Burns and defendants, against

the BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAN JUAN a/k/a SAN

JUAN COUNTY and SAN JUAN COUNTY DETENTION CENTER, JACK DOE Guard,

Individually and MARK DOE Guard, Individually, only; the Court finds that the Stipulation of

Dismissal with Prejudice is well taken and shall be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint

against Defendants Board of County Commissioners of the County of San Juan a/k/a San Juan

County and San Juan County Detention Center, Jack Doe Guard, Individually and Mark Doe

Guard, Individually, only, be and hereby is, dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that all claims brought, or

that could have been brought, between the Plaintiff and Defendants Board of County

Commissioners of the County of San Juan a/k/a San Juan County and San Juan County

Detention Center, Jack Doe Guard, Individually and Mark Doe Guard, Individually, only, are

hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that each party shall bear

its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CHILDRESS LAW FIRM, LLC

/S/ Ronald J. Childress
RONALD J. CHILDRESS
*Attorney for County Defendants*

6000 Uptown Blvd. NE, Suite 305
Albuquerque, NM  87110

HOLLAND, HOLLAND EDWARDS &
GROSSMAN

/S/ John Holland 8/10/17
JOHN HOLLAND
ANNA HOLLAND EDWARDS
*Attorneys for Plaintiff*
1437 High Street
Denver, CO 80218


And

GREGORY TUCKER
MITCHELL S. BURNS
Tucker, Hatfield & Burns
*Attorneys for Plaintiff*
105 N. Orchard Ave.
Farmington, NM 87401

APPROVED BY:

ROBERT CURTIS LAW OFFICE, P.A.

/S/ Ellen M. Kelly 8/15/17
ELLEN M. KELLY
ROBERT J. CURTIS
*Attorneys for Defendant SJRMC*
215 Central NW, Suite 200
Albuquerque, NM  87102

MADISON, MROZ, STEINMAN &
DEKLEVA, P.A.

/S/ Jacqueline Olexey 8/21/17
JACQUELINE OLEXY
*Attorney for Defendant Summit Food Services*
PO Box 25467
Albuquerque, NM 87125