IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELVIN VENENO,

    Plaintiff,

v.

                                      1:16-cv-01241 WJ / LF

BOARD OF COUNTY COMMISSIONERS FOR SAN
JUAN COUNTY, et al.

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SUMMIT FOOD SERVICE, LLC

THIS MATTER having come before the Court on the Joint Motion for Dismissal with Prejudice of Plaintiff and Defendant Summit Food Service, LLC, the Court having reviewed the pleadings and being otherwise fully advices in the premises finds that Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims that were or could have been brought against Summit Food Service, LLC or its agents and employees are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE

**Approved by:**

HOLLAND, HOLLAND,
EDWARDS & GROSSMAN

*   John Holland    approved 09/13/17*
John Holland
Anna Holland Edwards
Erica Grossman
1437 High Street
Denver, Colorado 80218
john@hheglaw.com
ann@hheglaw.com
erica@hhheglaw.com

MADISON, MROZ,
STEINMAN & DEKLEVA, P.A.

*   Dustin D. Dempsey    approved 09/13/17*
Jacqueline A. Olexy
Dustin D. Dempsey
P.O. Box 25467
Albuquerque, New Mexico 87125
(505) 242-2177
jao@madisonlaw.com
ddd@madisonlaw.com